IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

## CRIMINAL MINUTES

CR 15-01713-01-TUC-RCC(LAB)    Date: 11/3/2016
Case Number

Hon. Raner C. Collins, Chief United States District Judge

USA v. Mel Shriner Carter

DEFENDANT:  ☒ Present   ☐ Not Present   ☒ Released   ☐ Custody   ☐ Writ

Deputy Clerk: Sherry Gammon         Court Reporter: Erica McQuillen

U.S. Attorney: Carolyn Nedder        Interpreter: N/A

Defendant Atty: Bates Butler, (CJA)

**PROCEEDINGS:**   ☒ Status Conference

---

Matter comes before the Court for a Status Conference.

The Court having made a *de novo* review of Magistrate Judge Bowman's Report and Recommendation (Doc. 81) and the objection filed by the defendant, IT IS ORDERED the Court ADOPTS the Report and Recommendation and DENIES the Motion to Dismiss (Doc. 69) filed by the defendant.

Counsel present argument on the Motion in Limine to Exclude Identification (Doc. 80) filed by the defendant. Defense counsel request the Court permit him to present testimony. IT IS ORDERED the motion will be addressed and testimony will be heard on 11/8/2016 following selection of the jury and the Court will rule on the motion following testimony.

The Motion to Dismiss Indictment (Doc. 79) remains outstanding and will be addressed following jury selection.

The jury trial date of 11/8/2016 at 9:30 a.m. before Chief Judge Raner C. Collins is AFFIRMED.

Status Conference: 41 minutes
Start: 1:33 PM   End: 2:14 PM